May Term,
1858.

SHAW
v.
HAMILTON.

at a previous trial involving the same question at issue in this, and against the same parties, expressed an opinion adverse to the defendant. He had not been sworn on his *voire dire*, but defendant's peremptory challenges had not been exhausted at his calling. *The People* v. *Vermilyea*, 7 Cow. 122.—1 Grah. & Wat. New Trials, 129, and cases cited.

---

## THE EVANSVILLE AND CRAWFORDSVILLE RAILROAD COMPANY v. KARGUS.

*Thursday,*
*May 27.*

APPEAL from the *Gibson* Circuit Court.

*Per Curiam.*—This was an action against the company, commenced before a justice of the peace, for killing the horse of *Kargus*. Damages laid at 110 dollars. Judgment for 110 dollars. Appeal to the Circuit Court. Finding for the plaintiff 110 dollars. Judgment for double the amount, 220 dollars, &c., under the act of *March* 1, 1853.

This judgment is erroneous. *Madison, &c., Co.* v. *Whiteneck*, 8 Ind. R. 217.

The justice of the peace had no jurisdiction of the case, because the sum demanded was over one hundred dollars. 8 *id.* 237.

The judgment is reversed with costs. Cause remanded with instructions to dismiss it.

*C. Baker*, for the appellants.

*J. J. Chandler* and *J. J. Harlan*, for the appellee.

---

## SHAW v. HAMILTON.

*Thursday,*
*May 27.*

APPEAL from the *Randolph* Circuit Court.

*Per Curiam.* — This was an action by *Hamilton* against *Shaw* and others, to recover certain real estate. There was judgment in favor of the plaintiff.

During the progress of the cause, and before the trial commenced, a motion was made for a change of venue, founded upon the affidavit of *Shaw*, alleging that the plaintiff had an undue influence over the citizens of said county, and that an odium attached to said defendant, on account of local prejudice, &c. The motion was overruled.

The venue should have been changed. 7 Ind. R. 110. The affidavit was sufficient. 2 R. S. p. 74.

The judgment is reversed with costs. Cause remanded with instructions to set aside the judgment, grant a new trial, and a change of venue.

*J. Smith*, for the appellant.